# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID IRELAND,**

        Plaintiff,

-vs-                                 Case No. 6:04-cv-139-Orl-28DAB

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

        **Defendant.**

___

## ORDER

This case is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. No. 22). In accordance with this Stipulation, the Court **ORDERS**:

1. All of the pending claims in this case are **dismissed with prejudice.**
2. Each party shall bear his and its own costs and attorney's fees.
3. All pending motions are denied as **moot**.
4. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __14__ day of June, 2004.

                                                   JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

F I L E   C O P Y

Date Printed: 06/15/2004

Notice sent to:

    Herbert M. Hill, Esq.
    Herbert M. Hill, P.A.
    833 Highland Ave., Suite 100
    P.O. Box 2431
    Orlando, FL  32802

    6:04-cv-00139    jrm

    Kristina B. Pett, Esq.
    Pett, Furman & Jacobson, PL
    2101 N.W. Corporate Blvd., Suite 316
    Boca Raton, FL  33431

    6:04-cv-00139    jrm

    Thomas G. Kane
    Mediation Offices of Lisa J. Long
    174 West Comstock Ave.
    Winter Park, FL  32789

    6:04-cv-00139    jrm